No. 03–9452. CARRILLO-NARAJO, AKA CARRILLO-NARANJO *v.* UNITED STATES; GOMEZ-LOPEZ *v.* UNITED STATES; VALENCIA-GOMEZ *v.* UNITED STATES; VIRRUETA-TORRES *v.* UNITED STATES; and ZARAGOZA-ESPINOZA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9453. DICKENS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9455. WHAB *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–9456. VASQUEZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–9458. MAYWEATHERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9461. PEVARNIK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–9466. SANTIAGO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–9467. MEMBRANO-ACOSTA *v.* UNITED STATES VASQUEZ-FLORES, AKA VASQUEZ, AKA FLORES, AKA HERNANDEZ, AKA CARREON *v.* UNITED STATES GARZA-RODRIGUEZ *v.* UNITED STATES MEJIA-SANCHEZ, AKA GARCIA-ARMENTA *v.* UNITED STATES ARAIZA-MORALES *v.* UNITED STATES MORALES-RAMIREZ *v.* UNITED STATES MUNOZ-MENDEZ *v.* UNITED STATES GONZALEZ-RODRIGUES *v.* UNITED STATES RAMIREZ-ROMERO, AKA RAMIREZ *v.* UNITED STATES SANCHEZ-VENEGAS *v.* UNITED STATES and TORRES-MARQUEZ *v.* UNITED STATES C. A. 5th Cir. Certiorari denied.

No. 03–9471. MCCOY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9478. AUGARTEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.